IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DENA WLLIAMS                                                                                       PLAINTIFF

vs.                                            Civil No. 1:11-cv-1047

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 5, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that the decision of the ALJ, denying benefits to Plaintiff, be affirmed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court hereby adopts the Report and Recommendation *in toto*.  The ALJ determination and decision of the Commissioner are **AFFIRMED**.

**IT IS SO ORDERED**, this 1st day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge